IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 20 A 10:05

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

01-44B

__Daniel D. Sanders__ AIS II 141012
Plaintiff(s)

2:06cv361-WKW

v.

__Governor Bob Riley__
Defendant(s)

I, __Daniel D. Sanders__, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?     Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __Incarcerated in State Penitentiary__

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. __Incarcerated in State Penitentiary__

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?     Yes ( )   No (X)
   B. Rent payments, interest, or dividends?                Yes ( )   No (X)
   C. Pensions, annuities, or life insurance payments?     Yes ( )   No (X)
   D. Gifts or inheritances?                                Yes ( )   No (X)
   E. Any other sources?                                    Yes ( )   No (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].   Yes ( )   No (X)

   If the answer is YES, state the total value of the items owned. _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   Yes ( )   No (X)

   If the answer is YES, describe the property and state its approximate value. _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
   _____
   _____
   _____

*Daniel D. Sanders II 14/0/12*
Signature of Affiant

STATE OF ALABAMA        )
COUNTY OF _____ )

Before me, a Notary Public in and for said County, in said State, personally appeared _____
_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

 That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this _____ day of _____, 19_____.

_____
NOTARY PUBLIC

_____ County, Alabama
My Commission Expires:_____

Executed on 4-19-0\_\_

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-19-06___.
       (date)

_Daniel D. Sanders_
Signature of Affiant

**CERTIFICATE**

I hereby certify that the plaintiff herein has the sum of $ ___0___ on account to his credit at the __Bibb Correctional Facility__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: ___None___

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $_____ on the first day of _____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

_Cynthia Stewart, Account Clerk_
Authorized Officer of Institution

Date: __4/17/06__

```
APR. 17, 2006              USER: STEWART, CYNTHIA                    INMA0B
                      COMPUTE AVERAGE DAILY BALANCE




            ENTER THE INMATE'S AIS NUMBER ===>    141012

            ENTER THE 'AS OF' DATE (CCYYMMDD) ===>    20060417


              NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                      PRESS ENTER TO CONTINUE




APR. 17, 2006              USER: STEWART, CYNTHIA                    INMACI
        INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU APR. 17, 2006

   AIS#:   141012    NAME: SANDERS, DANNY        CURRENT BAL:      $0.00

DATE OF      PREVIOUS    TRANS.   NAME OF         TYPE OF    TRANS.    AMOUNT
TRANS.       BALANCE     NUMBER   SENDER/PAYEE    TRANS.     AMOUNT    DEDUCTED
--------------------------------------------------------------------------------
              END OF DATA ON SANDERS, DANNY




                     PRESS ENTER TO CONTINUE
```