IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL SANDERS, #141012, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-361-WKW |
| | ) (WO) |
| GOVERNOR BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 3) that this case is due to be transferred to the Northern District of Alabama. Plaintiff Sanders filed an Objection (Doc. # 4).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court, for the convenience of the parties and witness and in the interest of justice, that:

1. The Objection (Doc. # 4) is OVERRULED;

2. The Recommendation (Doc. # 3) of the Magistrate Judge is ADOPTED;

3. The case is TRANSFERRED, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Northern District of Alabama. The Clerk of Court is DIRECTED to take all necessary steps to effectuate said transfer.

DONE this the 12th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE