Sandup

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X S. Brown   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>S. BROWN   5/17/06 |
| 1. A Clerk, U. S. District Court<br>Northern District of Alabama<br>United States District Court<br>Hugo L. Black U. S. Courthouse<br>1729 5th Avenue North, Room 140<br>Birmingham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 2:06cv361 (Order + entire file-try to NDAL) | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 2962 4110 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540